FILED 18 JUL '23 16:13 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00240-SI |
| v. | INDICTMENT |
| PAUL MARTINEZ, JR., and<br>VANESSA RENAE PLAZOLA | 18 U.S.C. §§ 1113, 1152<br>18 U.S.C. §§ 113(a)(3), 1152, 1153<br>18 U.S.C. §§ 113(a)(6), 1152, 1153 |
| Defendants. | 18 U.S.C. § 924(c)(1)(a)<br>18 U.S.C. § 2 |
| | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Attempted Murder)**
**(18 U.S.C. §§ 1113 and 1152)**

On or about June 27, 2023, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **PAUL MARTINEZ, JR.**, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did attempt to kill Adult Victim 1 (AV1), an Indian, by shooting AV1 with a firearm;

In violation of Title 18, United States Code, Sections 1113 and 1152.

## COUNT 2
**(Assault with a Dangerous Weapon)**
**(18 U.S.C. §§ 113(a)(3) and 1152)**

On or about June 27, 2023, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **PAUL MARTINEZ, JR.,** intentionally assaulted

AV1, an Indian male, with a dangerous weapon, to wit: a firearm, with the intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1152.

## COUNT 3
### (Assault Resulting in Serious Bodily Injury)
### (18 U.S.C. §§ 113(a)(6), 1152, and 2)

On or about June 27, 2023, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendants **PAUL MARTINEZ, JR.**, and **VANESSA RENAE PLAZOLA** did recklessly and intentionally assault and aid abet each other in assaulting AV1, an Indian male, with said assault resulting in serious bodily injury to AV1;

In violation of Title 18, United States Code, Sections 113(a)(6), 1152, and 2.

## COUNT 4
### (Possession of a Firearm in Furtherance of a Crime of Violence)
### (18 U.S.C. § 924(c)(1)(A)(i))

On or about June 27, 2023, in the District of Oregon, defendant **PAUL MARTINEZ, JR.** unlawfully and knowingly carried, used, brandished and discharged a firearm, namely a black pistol, during and in relation to a crime of violence that may be prosecuted in a court in the United States, that is: Attempted Murder in violation of 18 U.S.C. § 1113, as alleged in Count 1, and Assault with a Dangerous Weapon in violation of 18 U.S.C. § 113(a)(3), as alleged in Count 2.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

///

///

///

## COUNT 5
## (Assault with a Dangerous Weapon)
## (18 U.S.C. §§ 113(a)(3) and 1153)

On or about June 27, 2023, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **VANESSA RENAE PLAZOLA**, an Indian female, intentionally assaulted Adult Victim 2 (AV2) with a dangerous weapon, to wit: a piece of wood, with the intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 6
## (Assault Resulting in Serious Bodily Injury)
## (18 U.S.C. §§ 113(a)(6) and 1153)

On or about June 27, 2023, on the Warm Springs Indian Reservation, in Indian Country and within the District of Oregon, defendant **VANESSA RENAE PLAZOLA**, an Indian female, did recklessly and intentionally assault AV2, with said assault resulting in serious bodily injury to AV2;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 4, defendant **PAUL MARTINEZ, JR.** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and

///

///\

///

///

///

Title 28, United States Code, Section 2461(c), the firearm involved in that offense, namely a black pistol, along with all magazines, ammunition, and accessories therefor.

Dated: July 18, 2023.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney